LAW RESEARCH SERVICE, INC., Appellant-Respondent, v. JOHN H. CROOK et al., Respondents-Appellants, et al., Defendants.—

Concur — Stevens, P. J., Nunez, Steuer, Tilzer and Eager, JJ.

In the Matter of LOUIS H., a Person Alleged to be a Juvenile Delinquent, Appellant.—

Concur — McGivern, J. P., Nunez, McNally, Steuer and Eager, JJ.